UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**MARQUETTIA CRABTREE,**               **CASE NO.   3:12-cv-109**

    Plaintiff,                        **Judge Timothy S. Black**

    **-vs-**

**COMMISSIONER OF SOCIAL
SECURITY,**

    Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]    **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Joint Stipulation to Remand to the Commissioner (Doc. 14) is **GRANTED**; and that the case is **CLOSED** from the docket of the Court.

Date: January 7, 2013                              **JOHN P. HEHMAN, CLERK**

                                                  By: *s/ M. Rogers*
                                                  Deputy Clerk